IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

JILL M. ROSEN,

                Plaintiff,

                                                          Civil Action No.
vs.                                                    8:14-CV-1083 (MAD/RFT)

PERFORMANT RECOVERY, INC.

                Defendants.
_____

APPEARANCES:                                OF COUNSEL:

Price Law Group APC - Encino CA Office      Stuart M. Price, Esq.
15760 Ventura Blvd.
Suite 1100
Encino, CA 91436
*Attorney for Plaintiff*

Hinshaw, Culbertson Law Firm - NY Office    Concepcion A. Montoya, Esq.
800 Third Avenue
13th Floor
New York, NY 10022
*Attorney for Defendant*

**Mae A. D'Agostino, U.S. District Judge**

                              JUDGMENT DISMISSING ACTION
                                BASED UPON SETTLEMENT

       The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Counsel has also advised the Court that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

       ORDERED, as follows:

       1) The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty days of the date of the filing of this order

upon a showing that the settlement was not consummated;

    2) The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated. Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"that no party hereto is an infant or incompetent**" in compliance with N.D.N.Y.L.R. 41.3; and

    3) The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

Dated: December 18, 2014
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge